**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**



STINGRAY IP SOLUTIONS, LLC,

§
§
§
§

*Plaintiff,*

§
§

v.

§
§

CIVIL ACTION NO.   2:21-CV-00202-JRG
(LEAD CASE)

LEGRAND,  LEGRAND FRANCE,
BTICINO SPA,  LEGRAND SNC,

§
§
§

*Defendants.*

§
§

v.

§
§

CIVIL ACTION NO.   2:21-CV-00194-JRG
(MEMBER CASE)

AMAZON.COM, INC.,  AMAZON.COM
SERVICES LLC,  RING LLC,  EERO
LLC,  IMMEDIA SEMICONDUCTOR
LLC,

§
§
§
§
§
§

*Defendants.*

§
§

## <u>ORDER</u>

Before the Court is Plaintiff Stingray IP Solutions, LLC's ("Plaintiff") Notice of Dismissal

Without Prejudice Pursuant to Rule 41(a)(1)(A)(i) (the "Notice") filed on August 30, 2021. (Case

No. 2:21-cv-00194, Dkt. No. 30). In the Notice, Plaintiff dismisses without prejudice its claims

against Defendants Ring LLC, eero LLC, and Immedia Semiconductor LLC (the "Dismissed

Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that

Plaintiff's claims against the Dismissed Defendants are **DISMISSED WITHOUT PREJUDICE**.

Each party is to bear its own attorneys' fees, costs of court, and expenses.

This dismissal shall have no effect on the remaining Defendants, Amazon.com, Inc. and Amazon.com Services LLC, against which this matter shall continue, and the Clerk is directed to **MAINTAIN AS OPEN** Case Nos. 2:21-cv-00202 and 2:21-cv-00194 as to the remaining Defendants.

Also before the Court is the Dismissed Defendants' Motion to Sever for Misjoinder and Motion to Dismiss for Improper Venue (the "Motion to Sever or Dismiss") filed on July 20, 2021. (Case No. 2:21-cv-00194, Dkt. No. 19) and Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Sever for Misjoinder and Motion to Dismiss for Improper Venue (the "Motion to Extend") filed on August 10, 2021. (Case No. 2:21-cv-00194, Dkt. No. 29). In light of the above, the Court **DENIES AS MOOT** the Motion to Server or Dismiss (Case No. 2:21-cv-00194, Dkt. No. 19) and the Motion to Extend (Case No. 2:21-cv-00194, Dkt. No. 29).

**So ORDERED and SIGNED this 17th day of December, 2021.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE