# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| STINGRAY IP SOLUTIONS, LLC, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00202-JRG (LEAD CASE) |
| LEGRAND, LEGRAND FRANCE, BTICINO SPA, LEGRAND SNC, | § § § § | |
| *Defendants*. | § § | |
| v. | § § | CIVIL ACTION NO. 2:21-CV-00194-JRG (MEMBER CASE) |
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Stipulated Motion for Dismissal with Prejudice (the "Motion") filed by Plaintiff Stingray IP Solutions, LLC ("Stingray") and Defendants Amazon.com, Inc. and Amazon.com Services LLC's (collectively, "Amazon"). (Dkt. No. 121.) In the Motion, the parties request dismissal with prejudice of all claims and counterclaims in the above-captioned actions. (*Id.*)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. All claims asserted by and between the parties are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 17th day of August, 2022.**

                                            RODNEY GILSTRAP
                                            UNITED STATES DISTRICT JUDGE